**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**


**BANK OF AMERICA, N.A.**                                                                                **APPELLANT**

**v.**                                   **NO. 5:15-CV-05262**

**D & E FARMS, INC.; H.C. SCHMIEDING
PRODUCE CO., INC.; and HARTUNG BROTHERS, INC.**                      **APPELLEES**


## ORDER OF DISMISSAL


Currently before the Court is the parties' Agreement for Voluntary Dismissal of

Appeal Pursuant to Fed. R. Bank. P. 8043 (Doc. 11).  IT APPEARING to the Court that the

Agreement is well taken, it is ORDERED that the appeal is hereby DISMISSED WITH

PREJUDICE, without costs to either party.

IT IS SO ORDERED this 11th day of January, 2016.


                                   /s/ Timothy L. Brooks
                                   TIMOTHY L. BROOKS
                                   UNITED STATES DISTRICT JUDGE